IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-02267-RM-BNB

THOMAS GERARD MARTINO,

    Plaintiff,

v.

COMMUNITY TELEVISION OF COLORADO, LLC a.k.a. KDVR-TV, a Delaware limited liability company,

    Defendant.

_____

**ORDER GRANTING
UNOPPOSED MOTION TO HOLD MATTER IN ABEYANCE (ECF NO. 32)**
_____

THIS MATTER having come before the court on the Unopposed Motion to Hold Matter in Abeyance, and the Court being otherwise fully advised as to the premises:

IT IS ORDERED:

The Unopposed Motion to Hold Matter in Abeyance is hereby GRANTED. This matter and all deadlines and dates shall be held in abeyance for 21 days from the date of this Order. If dismissal documents are not submitted by the end of the 21-day period, the Parties shall submit a status report.

DATED this 25th day of April, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge